# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** NEW YORK
### WHITE PLAINS **DIVISION**

In re: §
§
Headen Enterprises Inc. §     Case No. 15-22565
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Howard P. Magaliff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 7,508.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00        Claims Discharged
                                              Without Payment: 0.00

Total Expenses of Administration: 63,082.20

3) Total gross receipts of $ 63,082.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 63,082.20 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,420.77 | 67,420.77 | 63,082.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 819.92 | 819.92 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 569,475.00 | 205,529.94 | 199,156.02 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 569,475.00 | $ 273,770.63 | $ 267,396.71 | $ 63,082.20 |

4) This case was originally filed under chapter 7 on  04/26/2015 .  The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/03/2018                    By:/s/Howard P. Magaliff
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Inventory Fabric: $103,722 Notions:$57017 Accessories:$4,592 | 1129-000 | 62,500.00 |
| Tax Refund | 1224-000 | 582.20 |
| TOTAL GROSS RECEIPTS | | $63,082.20 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Howard P. Magaliff | 2100-000 | NA | 5,939.12 | 5,939.12 | 5,939.12 |
| Bank of America | 2200-000 | NA | 163.85 | 163.85 | 163.85 |
| Howard P. Magaliff | 2200-000 | NA | 225.60 | 225.60 | 209.22 |
| International Sureties Ltd. | 2300-000 | NA | 115.57 | 115.57 | 115.57 |
| MYC & Associates, Inc. | 2410-000 | NA | 136.00 | 136.00 | 136.00 |
| Union Bank | 2600-000 | NA | 1,312.45 | 1,312.45 | 1,312.45 |
| Ventresca Bros. Construction Co. Inc. | 2990-000 | NA | 29,751.42 | 29,751.42 | 27,591.24 |
| Rich Michaelson Magaliff Moser LLP | 3110-000 | NA | 9,661.00 | 9,661.00 | 8,959.54 |
| Rich Michaelson Magaliff Moser LLP | 3120-000 | NA | 157.77 | 157.77 | 146.31 |
| Andrew W. Plotzker, CPA, LLC | 3410-000 | NA | 10,519.50 | 10,519.50 | 9,755.71 |
| Andrew W. Plotzker, CPA, LLC | 3420-000 | NA | 211.16 | 211.16 | 195.83 |
| MYC & Associates, Inc. | 3991-000 | NA | 6,250.00 | 6,250.00 | 5,796.21 |
| MYC Associates, Inc. | 3992-000 | NA | 2,977.33 | 2,977.33 | 2,761.15 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,420.77 | $ 67,420.77 | $ 63,082.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23 | Amy Foote | 5600-000 | NA | 79.00 | 79.00 | 0.00 |
| 10 | Regina Dean | 5600-000 | NA | 79.00 | 79.00 | 0.00 |
| 9 | New York State Department Of Taxation & Finance | 5800-000 | NA | 257.53 | 257.53 | 0.00 |
| 33 | Nys Department Of Labor | 5800-000 | NA | 12.65 | 12.65 | 0.00 |
| 41 | Nys Department Of Labor | 5800-000 | NA | 391.74 | 391.74 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 819.92 | $ 819.92 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Weigand 89 Ralph Ave White Plains, NY 10606 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.E. Nathan Co. 49 W. 37th Street, 14th Floor NY, NY 10018 | | 569.00 | NA | NA | 0.00 |
| | Aetna USHeathcare PO Box 7247-0233 Philadelphia, PA 19170 | | 0.00 | NA | NA | 0.00 |
| | Aida Culhane 70 Barker St. Apt.200 Mt. Kisco, NY 10549 | | 6.00 | NA | NA | 0.00 |
| | Albany Foam & Supl 1355 Broadway Albany, NY 12204 | | 5,779.00 | NA | NA | 0.00 |
| | Alicia Martin 30 Garth Rd. 3F Scarsdale, NY 10583 | | 78.00 | NA | NA | 0.00 |
| | Amanda Stalikas 125 Nelson Ave. Harrison, NY 10528 | | 36.00 | NA | NA | 0.00 |
| | Amy Foote 18 Chedworth Rd Scarsdale, NY 10583 | | 79.00 | NA | NA | 0.00 |
| | Andrea Clavell 138 Chatterton Pkwy White Plains, NY 10606 | | 79.00 | NA | NA | 0.00 |
| | Andrea Kimerling 69 Shady Lane Dobbs Ferry ,NY 10522 | | 49.00 | NA | NA | 0.00 |
| | Anne Frascarelli 3 Second St. Pelham, NY 10803 | | 720.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aracely Franco 175 Pinewood RD Hartsdale, NY 10530 | | 9.00 | NA | NA | 0.00 |
| | Ardwyn Deco Trims 681 Main St, Bldg 7 Bellville, NJ 07109 | | 60.00 | NA | NA | 0.00 |
| | Arlene Clanny 700 Summer St. Apt. 9A Stamford ,CT 06901 | | 29.00 | NA | NA | 0.00 |
| | Arthur Johnson PO Box  2309 Livingston , NJ  07039 | | 309.00 | NA | NA | 0.00 |
| | Atlas Packaging Co 630 S Columbus Ave. Mt Vernon, NY 10550 | | 444.00 | NA | NA | 0.00 |
| | B. Blumenthal 1929 Main Street Lansing, MI 52151 | | 2,306.00 | NA | NA | 0.00 |
| | Bader Trimming 252 Westervelt Lane Mahwah, NJ 07430 | | 2,300.00 | NA | NA | 0.00 |
| | Bank of America PO Box 45144 Building 100, 4th Floor Jacksonville, FL 32232 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 45144, Building 100, 4th floor Jacksonville, FL 32232 | | 40,616.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982238 El Paso, TX 79998 | | 48,987.00 | NA | NA | 0.00 |
| | Barbara Batton 50-B Adler PL Bronx, NY 10475 | | 64.00 | NA | NA | 0.00 |
| | Barbara Brennan 177 East Hartsdale Ave. Hartsdale ,NY 10530 | | 30.00 | NA | NA | 0.00 |
| | Barry Rosen 111 Thornbury Rd Scarsdale, NY 10583 | | 316.00 | NA | NA | 0.00 |
| | Baum Textile Mills 812 Jersey Avenue Jersey City, NJ 07310 | | 0.00 | NA | NA | 0.00 |
| | Becky Clarke 1  Sundale Place Scarsdale ,NY 10583 | | 75.00 | NA | NA | 0.00 |
| | Benita Johnson 341 S 2nd Ave. Mt Vernon, NY 10550 | | 196.00 | NA | NA | 0.00 |
| | Bernadette Carroll 265 Harwood Ave Sleepy Hollow, NY 10591 | | 333.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bernina of America 3702 Prairie Lake Court Aurora, IL 60504 | | 12,344.00 | NA | NA | 0.00 |
| | Bertha Goldstein 80 Esplanade Mt. Vernon, NY 10553-1112 | | 18.00 | NA | NA | 0.00 |
| | Blank Quilting Cor 49 W 37th St. 14th Floor New York, NY 10533 | | 821.00 | NA | NA | 0.00 |
| | Blank Textiles 65 West 36th Street, Room 300 New York, NY 10018 | | 821.00 | NA | NA | 0.00 |
| | Bosal Foam & Fiber Washington St., Rt 11 PO Box 489 Limerick, ME 04048 | | 554.00 | NA | NA | 0.00 |
| | Bravo Fabrics 15 E. 26th St. New York, NY 10010 | | 0.00 | NA | NA | 0.00 |
| | Brentwood Textiles 500 Townsend Ave. High Point, NC 27261-1124 | | 464.00 | NA | NA | 0.00 |
| | Brewer Quilting & Sewing Supply 25431 Network Place Chicago, IL 60673 | | 562.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brother Intl 200 Crossing Blvd. Bridgewater, NJ 08807 | | 316.00 | NA | NA | 0.00 |
| | Burda Patterns Inc. PO Box 670628 Marietta, GA 30066 | | 0.00 | NA | NA | 0.00 |
| | Capital Factors 1633 Broadway New York, NY 10019 | | 0.00 | NA | NA | 0.00 |
| | Caroline Demercurio 1312 Cresent Dr. Tarrytown, NY 10591 | | 39.00 | NA | NA | 0.00 |
| | Caroline Heiders 310 Soundview Ave. Mamaroneck, NY 10543 | | 50.00 | NA | NA | 0.00 |
| | Checker Notions 400 W. Dussel Dr., Ste B Maumee, OH 43537 | | 1,170.00 | NA | NA | 0.00 |
| | Christina Ortiz 98 Randolph Rd. White Plains, NY 10607 | | 48.00 | NA | NA | 0.00 |
| | Christine Coughlin 425 E. 79th St., 2N New York, NY 10075 | | 237.00 | NA | NA | 0.00 |
| | Cindy Piasta 93 Bellevue Place Yonkers, NY 10703 | | 79.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CIT 11 West 42nd Street New York, NY 10036 | | 0.00 | NA | NA | 0.00 |
| | CIT Group PO Box 1036 Charlotte, NC 28201-1036 | | 0.00 | NA | NA | 0.00 |
| | Citi AAdvantage PO Box 6235 Sioux Falls, SD 57117 | | 54,000.00 | NA | NA | 0.00 |
| | Con Edison/JAF Station PO Box 1702 NY, NY 10116 | | 0.00 | NA | NA | 0.00 |
| | Copy Stop/Royal 50 Main St White Plains, NY 10606 | | 135.00 | NA | NA | 0.00 |
| | Cora Schultz 2 Suffol Trail Yonkers, NY 10710 | | 316.00 | NA | NA | 0.00 |
| | CRP 2 Bayview Rd Cortlandt Manor, NY 10567 | | 734.00 | NA | NA | 0.00 |
| | Custom Home Furnishings PO Box 449 Pound Ridge, NY 10576 | | 515.00 | NA | NA | 0.00 |
| | Cythia Field 1111 Bond St Baldwin, NY 11510 | | 237.00 | NA | NA | 0.00 |
| | Daisy Colon 2843 LaSalle Ave. Bronx, NY 10461 | | 50.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dana/Laine Greissman 147 Moorland Dr. Scarsdale, NY 10583 | | 80.00 | NA | NA | 0.00 |
| | DanialleDeCamillo-Schep 822 Post Rd. Scarsdale, NY 10583 | | 49.00 | NA | NA | 0.00 |
| | Debbi Leone 26 Saxon Wood Park Dr. White Plains, NY 10605 | | 49.00 | NA | NA | 0.00 |
| | Deborah Flock 42 W Clinton Ave. Irvington, NY 10533 | | 395.00 | NA | NA | 0.00 |
| | Deborah Hollander 41 Van Etten Blvd. New Rochelle, NY 10804 | | 158.00 | NA | NA | 0.00 |
| | Delaware D.G. 1007 South Chapel St. Newark, DE 19702 | | 21,000.00 | NA | NA | 0.00 |
| | Denice Wilkinson 20 Riverdale Ave. White Plains, NY 10607 | | 79.00 | NA | NA | 0.00 |
| | Diane Hamele-Bena 754 Webster Ave. New Rochelle, NY 10804 | | 21.00 | NA | NA | 0.00 |
| | Diane Pagan 3051 Phillip Ave. Bronx, NY 10465 | | 29.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Donna Graham 217 Edgemont St. Mr. Vernon, NY 10553 | | 59.00 | NA | NA | 0.00 |
| | Doris Capello 138 Birchbrook Rd. Bronxville, NY 10708 | | 39.00 | NA | NA | 0.00 |
| | Dream World Ent. PO Box 10585 Eugene, OR 97440 | | 90.00 | NA | NA | 0.00 |
| | Elaine Lucas 8 Berrybrook Cir Chappaqua, NY 10514 | | 632.00 | NA | NA | 0.00 |
| | Elizabeth Schulz 4711 Independence Ave. Bronx, NY 10471 | | 632.00 | NA | NA | 0.00 |
| | Europatex Inc. 301 Summit Ave. Jersey City, NJ 07306 | | 4,945.00 | NA | NA | 0.00 |
| | Fabricut/Trend 9303 E. 46th Street Tulsa, OK 74145 | | 2.00 | NA | NA | 0.00 |
| | Fabri-Quilt Inc. 901 East 14th Ave. North Kansas City, MO 64116 | | 785.00 | NA | NA | 0.00 |
| | Fairfield Pro. Corp 88 Rose Hill Avenue POB 1157 Danbury, CT 06813 | | 0.00 | NA | NA | 0.00 |
| | FFC, LCC PO Box 643382 Cinncinati, OH 45264 | | 562.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Capital CDF 5595 Trillium Blvd Hoffman Estates, IL 60192 | | 3,732.00 | NA | NA | 0.00 |
| | Gloria Fields 100-27 Elgar Pl Bronx, NY 10475 | | 632.00 | NA | NA | 0.00 |
| | Hallie Wachen 29 Faith Lane Ardsley, NY 10502 | | 49.00 | NA | NA | 0.00 |
| | Harriet Mae Beck 95 Mamanasco Rd Riidgefield, Ct 06877 | | 80.00 | NA | NA | 0.00 |
| | Heidi Hess 4660 Manhattan College Pkwy New York, NY 10471 | | 16.00 | NA | NA | 0.00 |
| | Heritage Fabrics 4400 Forutne Ave. Concord, NC 28027 | | 0.00 | NA | NA | 0.00 |
| | High End Upholstery 146 Seward St. Buchanan, NY 10511 | | 2,680.00 | NA | NA | 0.00 |
| | Hoffman California 25792 Obrero Rd PO Box 2009 Mission Viejo, CA 92691 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Horn of America Herold Route PO Box 608 Sutton, WV 26601 | | 2,269.00 | NA | NA | 0.00 |
| | Jacqueline Lopez 863A Underhill Ave Bronx, NY 10473 | | 79.00 | NA | NA | 0.00 |
| | Jacqulyne Tingle 1144 Pelham Pkwy So. #5K Bronx, NY 10461 | | 39.00 | NA | NA | 0.00 |
| | Jaftex./Blank Qltg 49 West 37th Street 14th Floor New York, NY 10018 | | 260.00 | NA | NA | 0.00 |
| | James Thompson Co 381 Park Ave. South Room 718 New York, NY 10016 | | 1,036.00 | NA | NA | 0.00 |
| | Jan Foley 28 Montrose Street White Plains, NY 10603 | | 480.00 | NA | NA | 0.00 |
| | Jatesuda Debartolo 3 Iselin Drive New Rochelle, NY 10804 | | 79.00 | NA | NA | 0.00 |
| | Joan Avallone 37 Branford Rd. Hastings-on-Hudson,NY 10706 | | 49.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jodie Leff 42 Birchwood Lane Hartsdale, NY 10530 | | 49.00 | NA | NA | 0.00 |
| | John Dominick Ventresca Brothers Const. 455 Central Park Ave. Scarsdale, NY 10583 | | 142,508.00 | NA | NA | 0.00 |
| | John Olijarczyk CPA 9 Lockwood Avenue Yonkers, NY 10701 | | 0.00 | NA | NA | 0.00 |
| | Josephine Mulhall 6 Sweet Way Poughuag, NY 12570 | | 118.00 | NA | NA | 0.00 |
| | Judy Yang 15 Paddington Rd. Scarsdale, NY 10583 | | 79.00 | NA | NA | 0.00 |
| | Julie/Ashley Antoniou 61 Alpine Rd. Yonkers, NY 10710 | | 48.00 | NA | NA | 0.00 |
| | Julit Devasia 18 Clay St New City, NY 10956 | | 79.00 | NA | NA | 0.00 |
| | Kaltume Mshella 181 Sprain Rd Scarsdale, NY 10583 | | 80.00 | NA | NA | 0.00 |
| | Karen Driscoll 193 W. Main St. Stony Point, NY 10980 | | 39.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kate Lemmers 22 N. B'Way Apt. 3-7 White Plains, NY 10601 | | 11.00 | NA | NA | 0.00 |
| | Kathleen Malone 1 Dell Lane Ardsley, NY 10502 | | 29.00 | NA | NA | 0.00 |
| | KDST Inc. 5310 Derry Ave. Suite Q Agoura Hills, CA 91310 | | 616.00 | NA | NA | 0.00 |
| | Kishwar Dhingra 300 Martine Ave. White Plains, NY 10601 | | 79.00 | NA | NA | 0.00 |
| | Kreiner Fabrics 330 W. Diversey Parkway, Suite 2001 Chicago, IL 60657 | | 1,516.00 | NA | NA | 0.00 |
| | Kristen Allan 34 Hadden Rd. Scarsdale, NY 10583 | | 69.00 | NA | NA | 0.00 |
| | Kristin Bayrakdarian 50 Ogden Rd Scarsdale, NY 10583 | | 158.00 | NA | NA | 0.00 |
| | Kwik Sew Patterns 3000 Washington Ave. North Minneapolis, MN 55411 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | La Verne Barnes 3 Sadore Lane Apt. 3H Yonkers, NY 10710 | | 29.00 | NA | NA | 0.00 |
| | Lady Ann Fabrics 13200 Belcher Road South Largo, FL 33773-1600 | | 67.00 | NA | NA | 0.00 |
| | Laura Jove 125 Paine Ave. New Rochelle, NY 10807 | | 395.00 | NA | NA | 0.00 |
| | Laura Quartaro 213 Parkview Bronxville, NY 10708 | | 39.00 | NA | NA | 0.00 |
| | Lauren Barefield 59 Kensington RD #2B Bronxville, NY 10708 | | 29.00 | NA | NA | 0.00 |
| | Linda Phillipps 333 Palmer Hill Rd. 3B Riverside, CT 06878 | | 58.00 | NA | NA | 0.00 |
| | Linda Yoon 6 Kingwood Rd Scarsdale, NY 10583 | | 79.00 | NA | NA | 0.00 |
| | Linnet James 405 Tarrytown Rd. #1516 White Plains, NY 10607 | | 108.00 | NA | NA | 0.00 |
| | Lion Brand Yarn Co 135 Kero Rd Carlstadt, NJ 07072 | | 760.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lion Ribbon PO Box 8500-1881 Philadelphia, PA 19178 | | 266.00 | NA | NA | 0.00 |
| | Lisa Cintron 4561 Fieldston Road Riverdale, NY 10471 | | 80.00 | NA | NA | 0.00 |
| | Lisa Zinman 403 Palisade Ave. Yonkers, NY 10703 | | 79.00 | NA | NA | 0.00 |
| | Logantex 6200 Corporate Park Dr Browns Summit, NC 27214 | | 0.00 | NA | NA | 0.00 |
| | Loyalty Cards c/o Hartsdale Fabrics 275 South Central Avenue Hartsdale, NY 10530 | | 5,522.00 | NA | NA | 0.00 |
| | Lucy Kissiedu 120-18 Dreissler Loop Bronx, NY 10475 | | 160.00 | NA | NA | 0.00 |
| | Lyn-Miriam Ingenito 72 Highfield Road Harrison, NY 10528 | | 316.00 | NA | NA | 0.00 |
| | M. Joanne Strauss 21 Fairview Ave. Tuckahoe, NY 10707 | | 29.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mandel Fabrics, LLC Crossroads Ind. Park 179 Corporate Drive Johnstown, NY 12095 | | 215.00 | NA | NA | 0.00 |
| | Marcela Zappi 640 West 231st. St. Apt.5H (60) Bronx, NY 10463 | | 121.00 | NA | NA | 0.00 |
| | Maria Palazzolo 75 McKinley Ave. B2-2 White Plains, NY 10606 | | 59.00 | NA | NA | 0.00 |
| | Marilyn Cambigianis 33 Bari Manor Croton-on-Hudson, NY 10520 | | 26.00 | NA | NA | 0.00 |
| | Marsha Tom 1 Summit Ave. White Plains, NY 10606 | | 7.00 | NA | NA | 0.00 |
| | Mary Gerardi 322 Crestwood Ave.. Yonkers, NY 10707 | | 48.00 | NA | NA | 0.00 |
| | Mary Mellett 34 Mansion Ave PH Yonkers, NY 10704 | | 79.00 | NA | NA | 0.00 |
| | Maryanne Conicelli 349 Heritage Hills Somers, NY 10589 | | 79.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McCall Pattern Co Dept 9000 615 McCall Rd Manhattan, KS 66502 | | 1,446.00 | NA | NA | 0.00 |
| | Melissa Kanovsky 1065 Pleasantville Rd Briarcliff, NY 10510 | | 89.00 | NA | NA | 0.00 |
| | Melissa Kanovsky 1065 Pleasantville Rd. Briarcliff Manor, NY 10510 | | 89.00 | NA | NA | 0.00 |
| | Mercy Martinez 125 Lake St, 11H-J White Plains, NY 10604 | | 79.00 | NA | NA | 0.00 |
| | Merryl Disckson 2804 Wichkham ave Bronx, NY 10469 | | 29.00 | NA | NA | 0.00 |
| | Michelle Lichtenberg 91 Greenacres Ave. Scarsdale, NY 10583 | | 49.00 | NA | NA | 0.00 |
| | Mikyung Kim 388 Palmer Ave. Pleasantville, NY 10570 | | 496.00 | NA | NA | 0.00 |
| | Milberg Factors 99 Park Ave. NY, NY 10016 | | 2,552.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Monica/Isabella Vitiello 9 Campus Pl. Apt.SL Scarsdale, NY 10583 | | 107.00 | NA | NA | 0.00 |
| | Morex Corp. 603 Memory Lane York, PA 17402 | | 160.00 | NA | NA | 0.00 |
| | Muriel Key 1853 Central Park Ave., 14G Yonkers, NY 10710 | | 316.00 | NA | NA | 0.00 |
| | MVP Health Care Inc. GPO 26864 New York, NY 10087-6864 | | 0.00 | NA | NA | 0.00 |
| | Nancy Petronella 18 Sasson Terrace Valley Cottage, NY 10989 | | 49.00 | NA | NA | 0.00 |
| | Needlecraft PO Box 9 Hawthorne, NJ 07507 | | 176.00 | NA | NA | 0.00 |
| | New Image Group 541 Buffalo W. Springs Hwy Union, SC 29379 | | 0.00 | NA | NA | 0.00 |
| | Nila Laboriel 2400 Hunter Ave. Apt.6A Bronx, NY 10475 | | 44.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northcott Silk USA 1099 Wall St West, Ste 354 Lyndhurst, NJ 07071 | | 1,034.00 | NA | NA | 0.00 |
| | Notions Marketing 1500 Buchanan S.W. Grand Rapids, MI 49507 | | 552.00 | NA | NA | 0.00 |
| | Nyla Teasdale 505 Central Ave, 718 White Plains, NY 10606 | | 50.00 | NA | NA | 0.00 |
| | Oriole Textile Co 270 W. 39th St. New York, NY 10018 | | 1,446.00 | NA | NA | 0.00 |
| | OTC/Fabric Associates 3427 Fairview CT Yorktown Heights, NY 10598 | | 0.00 | NA | NA | 0.00 |
| | P/K Lifestyles 3 Park Ave. New York, NY 10016 | | 0.00 | NA | NA | 0.00 |
| | Patricia A. Headen 200 A Heritage Hills Smers, NY 10589 | | 29,500.00 | NA | NA | 0.00 |
| | Patricia Davis 100 Carver Loop Bronx, NY 10475 | | 79.00 | NA | NA | 0.00 |
| | Paula Hannah 8 Livingston Ave. Dobbs Ferry, NY 10522 | | 48.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paychex Inc. PO Box 4482 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Phyllis/Ariana Winston 24 Nethermont Ave. White Plains, NY  10603 | | 48.00 | NA | NA | 0.00 |
| | Plastex Int'l Inc. 33 Central Ave. Passaic, NJ 07055 | | 483.00 | NA | NA | 0.00 |
| | Plymouth Yarn 500 Lafayette St Bristol, PA 19007 | | 1,735.00 | NA | NA | 0.00 |
| | ProductFromAbroad 713 Barham Down Dr Ballwin, MO 63011 | | 323.00 | NA | NA | 0.00 |
| | Prudential Ins. 360 Hamilton Ave. White Plains, NY 10601 | | 0.00 | NA | NA | 0.00 |
| | Quilting Treasures 1381 Cranston St Cranston, RI 02920 | | 0.00 | NA | NA | 0.00 |
| | Rainy Horvath 148 Johnson Rd. Scarsdale, NY 10583 | | 79.00 | NA | NA | 0.00 |
| | Raquel Daniels 100 Dekruif Place 25L Bronx ,NY 10475 | | 3.00 | NA | NA | 0.00 |
| | RBS Lynk 600 Morgan Falls Road Atlanta, GA 30350 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regal Fabrics/Decorative Upholstry 14 Birch Road Middletown, MA 01949 | | 0.00 | NA | NA | 0.00 |
| | Regina Dean 234 Juniper Dr. Yorktown Heights, NY 10598 | | 79.00 | NA | NA | 0.00 |
| | Regina Jacobson 407 Martling Ave. Tarrytown, NY 10591 | | 316.00 | NA | NA | 0.00 |
| | Reneelyn Chillemi 17 Irving Place Sleepy Hollow, NY 10591 | | 59.00 | NA | NA | 0.00 |
| | Rita Baxter 1571 Undercliff Ave. #220 Bronx, NY 10453 | | 59.00 | NA | NA | 0.00 |
| | Robert Kaufman 129 W. 132nd St Los Angeles, CA 90061 | | 1,240.00 | NA | NA | 0.00 |
| | Roclon Industries 1601 Edison Hgwy Baltimore, MD 21213 | | 0.00 | NA | NA | 0.00 |
| | Rose Fox 12 Forester Pkwy Mt. Vernon, NY 10552-1906 | | 118.00 | NA | NA | 0.00 |
| | Rosenthal & Rosenthal 1370 Broadway New York, NY 10018 | | 3,831.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rosetta Jenkins 140 Alcott Pl, apt. 27C Bronx, NY 10475 | | 1,200.00 | NA | NA | 0.00 |
| | Ruth Gujarati 370 Central Park Ave. Scarsdale, NY 10583 | | 10.00 | NA | NA | 0.00 |
| | Sally Figler 15 The Glen Pleasantville, NY 10570 | | 29.00 | NA | NA | 0.00 |
| | Sally Hall 19 Rolling Ridge Rd White Plains, NY 10605 | | 316.00 | NA | NA | 0.00 |
| | Sally Hayban 2385 Barker Ave. Apt. 4K Bronx, NY 10467 | | 49.00 | NA | NA | 0.00 |
| | Sandra Mahonski 30 Lake St. 9K White Plains, NY 10603 | | 29.00 | NA | NA | 0.00 |
| | Sani-Line PO Box 1638 Carrollton, GA 30117 | | 0.00 | NA | NA | 0.00 |
| | Sara Schriever 306 Clinton Ave. Dobbs Ferry, NY 10522 | | 160.00 | NA | NA | 0.00 |
| | Sarah Arbitrio 612 Eagle Bay Dr. Ossining,  NY 10562 | | 69.00 | NA | NA | 0.00 |
| | Sharyn  Lehrburger 238 Fox Meadow Rd. Scarsdale, NY 10583 | | 48.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shauna-Kay McLean 3640 Bronx Blvd. #4A Bronx,  NY 10467 | | 2.00 | NA | NA | 0.00 |
| | Shelly/Freya Cook 560 The Parkway Mamaroneck, NY 10543 | | 80.00 | NA | NA | 0.00 |
| | Silk Crafts 145 Michael Dr. Syosset, NY 11797 | | 241.00 | NA | NA | 0.00 |
| | Simplicity Patterns/Wilton Brands 2240 W 75th St. Woodridge, IL 60517 | | 0.00 | NA | NA | 0.00 |
| | Sonia Rosado 244 Fieldstone Ter 6L Bronx, NY 10471 | | 79.00 | NA | NA | 0.00 |
| | Sophia Zamuldio 45 Wilson St Hartsdale, NY 10530 | | 80.00 | NA | NA | 0.00 |
| | Spandex House 263 W 38th St. New York, NY 10018 | | 873.00 | NA | NA | 0.00 |
| | Spechler Vogel 234 W. 39th St. New York, NY 10018 | | 0.00 | NA | NA | 0.00 |
| | Spectrix 45-47 Washington St Pawtucket, RI 02860 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stephanie Rafail 260 Church St, 3E3 White Plains, NY 10603 | | 79.00 | NA | NA | 0.00 |
| | Stylecrest Fabrics 1015 Adams St Hoboken, NJ 07030 | | 1,318.00 | NA | NA | 0.00 |
| | Sue Sussman 1540 E 69th St, 4E New York, NY 10021 | | 553.00 | NA | NA | 0.00 |
| | Susan Pritchard 66 Vista Dr. Greenwich, CT 06830 | | 69.00 | NA | NA | 0.00 |
| | Susan Vanadia 27 Lindsey St. Yonkers, NY 10704 | | 44.00 | NA | NA | 0.00 |
| | Swavelle/Millcreek 15 East 26th St. New York, NY 10010 | | 0.00 | NA | NA | 0.00 |
| | Sylvia Rowe 623 Francis St. Pelham, NY 10803 | | 79.00 | NA | NA | 0.00 |
| | Tara Madera 10 Beechwood Rd. Hartsdale, NY 10530 | | 79.00 | NA | NA | 0.00 |
| | Tauton Trade Co/Threads Magazine 63 South Main St. PO Box 5563 Newton, CT 06470 | | 109.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thevaki Chrzanowski 49 Hoursechestnut Rd. Briarcliff Manor, NY 10510 | | 22.00 | NA | NA | 0.00 |
| | Timeless Treasures Hi Fashion Fabrics 483 Braodway New York, NY 10013 | | 0.00 | NA | NA | 0.00 |
| | Toni Thomas 89 Farragut Ave. Hastings-on-Hudson, NY 10706 | | 89.00 | NA | NA | 0.00 |
| | Trend/Fabricut 9303 E. 46th St. Tulsa, OK 74145 | | 0.00 | NA | NA | 0.00 |
| | Trimtex Co. 65 Railroad Ave., Unit 3 Ridgefield, NJ 07657 | | 0.00 | NA | NA | 0.00 |
| | Ventresca Bros Const 455 Central Park Ave. Scarsdale, NY 10583 | | 142,509.00 | NA | NA | 0.00 |
| | Verizon PO Box 15124 Albany, NY 12212 | | 500.00 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 408 Newark, NJ 07101 | | 150.00 | NA | NA | 0.00 |
| | Victoria Acevedo 42 Parsons St. Harrison, NY 10528 | | 39.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wanda Malcic 2451 Fish Ave Bronx, NY 10469 | | 712.00 | NA | NA | 0.00 |
| | Waverly Fabrics 79 Madison Ave. New York, NY 10016 | | 0.00 | NA | NA | 0.00 |
| | Wei Peng 147 Madison Rd. Scarsdale,NY 10583 | | 29.00 | NA | NA | 0.00 |
| | Wilton/Simplicity 2240 W 75th St. Woodridge, IL. 60517 | | 472.00 | NA | NA | 0.00 |
| | WorldwideTextile 799 Towne Ave., Suite 104 Los Angeles, CA 90021 | | 352.00 | NA | NA | 0.00 |
| 4 | A.E.Nathan Co. Inc | 7100-000 | NA | 568.67 | 568.67 | 0.00 |
| 30 | American Infosource Lp As Agent For | 7100-000 | NA | 492.57 | 492.57 | 0.00 |
| 14 | Anne Frascarelli | 7100-000 | NA | 945.00 | 945.00 | 0.00 |
| 35 | Barbara Batton | 7100-000 | NA | 64.43 | 64.43 | 0.00 |
| 8 | Bernina Of America | 7100-000 | NA | 12,206.49 | 12,206.49 | 0.00 |
| 20 | Blumenthal Lansing Company | 7100-000 | NA | 2,300.71 | 2,300.71 | 0.00 |
| 32 | Brentwood Textiles | 7100-000 | NA | 468.04 | 468.04 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Brewer Quilting And Sewing Supplies | 7100-000 | NA | 464.63 | 464.63 | 0.00 |
| 13 | Checker Distributions | 7100-000 | NA | 1,170.68 | 1,170.68 | 0.00 |
| 34 | Consolidated Edison Company Of New York, Inc. | 7100-000 | NA | 356.31 | 356.31 | 0.00 |
| 12 | Custom Home Furnishings | 7100-000 | NA | 1,955.00 | 1,955.00 | 0.00 |
| 11 | Delaware Dgco Llc | 7100-000 | NA | 21,673.68 | 21,673.68 | 0.00 |
| 25 | Fabri-Quilt Inc. | 7100-000 | NA | 785.99 | 785.99 | 0.00 |
| 26 | Ge Commercial Distribution Finance | 7100-000 | NA | 3,717.80 | 3,717.80 | 0.00 |
| 21 | Horn Of America, Inc. | 7100-000 | NA | 2,310.63 | 2,310.63 | 0.00 |
| 5 | Jaftex Corp | 7100-000 | NA | 575.64 | 575.64 | 0.00 |
| 19 | James Thompson And Co., Inc. | 7100-000 | NA | 1,036.07 | 1,036.07 | 0.00 |
| 31 | Jodie Leff | 7100-000 | NA | 49.00 | 49.00 | 0.00 |
| 3 | Kreiner Fabrics Llc | 7100-000 | NA | 1,519.84 | 1,519.84 | 0.00 |
| 16 | Lion Ribbon Company | 7100-000 | NA | 298.80 | 298.80 | 0.00 |
| 29 | Mandel Fabrics, Llc | 7100-000 | NA | 214.89 | 214.89 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 38 | Morex Corporation Aka Morex Ribbon | 7100-000 | NA | 150.14 | 150.14 | 0.00 |
| 39 | Mvp Health Care, Inc. | 7100-000 | NA | 7,967.40 | 1,593.48 | 0.00 |
| 7 | Plastex International Inc. | 7100-000 | NA | 483.73 | 483.73 | 0.00 |
| 22 | Robert Kaufman Co., Inc. | 7100-000 | NA | 1,240.57 | 1,240.57 | 0.00 |
| 18 | Rosenthal & Rosenthal, Inc. | 7100-000 | NA | 3,590.35 | 3,590.35 | 0.00 |
| 6 | Stephanie Rafail | 7100-000 | NA | 79.00 | 79.00 | 0.00 |
| 15 | Stylecrest Fabrics | 7100-000 | NA | 1,318.42 | 1,318.42 | 0.00 |
| 17 | Susan Vanadia | 7100-000 | NA | 70.06 | 70.06 | 0.00 |
| 1 | The Cit Group/Commercial Services, Inc. | 7100-000 | NA | 4,561.16 | 4,561.16 | 0.00 |
| 28 | The Mccall Pattern Company | 7100-000 | NA | 7,286.54 | 7,286.54 | 0.00 |
| 24 | Thevaki Chrzanowski | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 37 | Ventresca Bros. Construction Co Inc. | 7100-000 | NA | 125,536.36 | 125,536.36 | 0.00 |
| 27 | Wilton/Simplicity | 7100-000 | NA | 71.34 | 71.34 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 569,475.00 | $ 205,529.94 | $ 199,156.02 | $ 0.00 |

15-22565-rdd   Doc 40   Filed 02/01/18   Entered 02/01/18 11:08:31   Main Document
Pg 33 of 39

**FORM 89**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-22565 | RDD | Judge: | Robert D. Drain | | Trustee Name: | Howard P. Magaliff |
|---|---|---|---|---|---|---|---|
| Case Name: | Headen Enterprises Inc. | | | | | Date Filed (f) or Converted (c): | 04/26/2015 (f) |
| | | | | | | 341(a) Meeting Date: | 05/29/2015 |
| For Period Ending: | 01/31/2018 | | | | | Claims Bar Date: | 08/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Business Advantage Checking-0094 2036 7731 Bank Of America | 1,524.00 | 0.00 | | 0.00 | FA |
| 2.  Business Advantage Checking-4830 3256 6511 Bank Of America | 2,100.00 | 0.00 | | 0.00 | FA |
| 3.  Commercial Bus Int Max Business Interest Maximizer-4830 3256 | 319.00 | 0.00 | | 0.00 | FA |
| 4.  Refund Owed Tacony Corp/Elna-See Elna 1760 Gilsinn Lane Fent | 150.00 | 0.00 | | 0.00 | FA |
| 5.  Credits Earned Tacony Corp. 1760 Gilsinn Lane Fenton, Mo 630 | 111.00 | 0.00 | | 0.00 | FA |
| 6.  Overpayment Capital Factors Po Box 100895 Atlanta, Ga 30384 | 98.00 | 0.00 | | 0.00 | FA |
| 7.  Refund Benartex 132 W 36Th  St  4Th Floor New York, Ny 1001 | 124.00 | 0.00 | | 0.00 | FA |
| 8.  Office Equipment, Furniture And Supplies See Attachment Sche | 2,310.00 | 0.00 | | 0.00 | FA |
| 9.  Inventory Fabric: $103,722 Notions:$57017 Accessories: $4,592 | 181,213.00 | 0.00 | | 62,500.00 | FA |
| 10. Returned Check For Purchase Of Goods Fontana Couture Ltd. 51 | 472.00 | 0.00 | | 0.00 | FA |
| 11. Web Site Hartsdalefabrics.Com | 0.00 | 0.00 | | 0.00 | FA |
| 12. Tools Place Of Business | 300.00 | 0.00 | | 0.00 | FA |
| 13. Tax Refund (u)<br><br>IRS refund | Unknown | 582.20 | | 582.20 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $188,721.00 | $582.20 | | $63,082.20 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing on sale, and other action:

Trustee retained broker and sold certain assets of the estate. Trustee continues to investigate potential preference claims.

Exhibit 8

Initial Projected Date of Final Report (TFR): 03/31/2016          Current Projected Date of Final Report (TFR): 09/29/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-22565

Case Name: Headen Enterprises Inc.

Taxpayer ID No: XX-XXX2154

For Period Ending: 01/31/2018

Trustee Name: Howard P. Magaliff

Bank Name: Union Bank

Account Number/CD#: XXXXXX4943

Checking

Blanket Bond (per case limit): $68,010,465.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/15 | 9 | MYC & Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 | Downpayment 10% deposit from Fabric Mart, Inc. | 1129-000 | $6,250.00 | | $6,250.00 |
| 06/22/15 | 9 | MYC & Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 | Sale proceeds Balance of sale proceeds from Fabric Mart, Inc. | 1129-000 | $56,250.00 | | $62,500.00 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $62,485.00 |
| 07/23/15 | 10001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond premium Reversal | 2300-000 | | ($28.47) | $62,513.47 |
| 07/23/15 | 10001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Bond premium | 2300-000 | | $28.47 | $62,485.00 |
| 07/23/15 | 10002 | International Sureties Ltd. Suite 420 701 Polydras St. New Orleans, LA 70139 | Blanket bond premium | 2300-000 | | $69.07 | $62,415.93 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.56 | $62,385.37 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.85 | $62,292.52 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.69 | $62,199.83 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.57 | $62,110.26 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.42 | $62,017.84 |

Page Subtotals:     $62,500.00     $482.16

**FORM 4 30**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-22565

Case Name: Headen Enterprises Inc.

Taxpayer ID No: XX-XXX2154

For Period Ending: 01/31/2018

Trustee Name: Howard P. Magaliff

Bank Name: Union Bank

Account Number/CD#: XXXXXX4943

Checking

Blanket Bond (per case limit): $68,010,465.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.31 | $61,928.53 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.16 | $61,836.37 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.76 | $61,744.61 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.72 | $61,658.89 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.49 | $61,567.40 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.42 | $61,478.98 |
| 05/31/16 | 10003 | Bank of America Legal Order Processing DE5-024-02-098P.O. Box 15047 Wilmington, DE 19850 | Subpoena document production fee Compliance with Rule 2004 subpoena, ref. # U123115000001 | 2200-000 | | $163.85 | $61,315.13 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.23 | $61,223.90 |
| 06/28/16 | 10004 | International Sureties Ltd. Suite 420 701 Polydras St. New Orleans, LA 70139 | Blanket Bond 6/19/16-6/19/17 | 2300-000 | | $25.16 | $61,198.74 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.03 | $61,110.71 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.69 | $61,020.02 |

Page Subtotals:    $0.00    $997.82

FORM 4 30

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-22565

Case Name: Headen Enterprises Inc.

Trustee Name: Howard P. Magaliff

Bank Name: Union Bank

Account Number/CD#: XXXXXX4943

Checking

Taxpayer ID No: XX-XXX2154

For Period Ending: 01/31/2018

Blanket Bond (per case limit): $68,010,465.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.55 | $60,929.47 |
| 10/25/16 | 10005 | MYC & Associates, Inc. | Document Storage Fees 9/1/16-3/1/17, pickup and delivery. Inv. 1364 | 2410-000 | | $136.00 | $60,793.47 |
| 04/24/17 | 13 | US Treasury | Tax Refund | 1224-000 | $582.20 | | $61,375.67 |
| 07/18/17 | 10006 | International Sureties Ltd. Suite 420 701 Polydras St. New Orleans, LA 70139 | Blanket Bond 06/19/17 to 06/19/18 | 2300-000 | | $21.34 | $61,354.33 |
| 11/08/17 | 10007 | Howard P. Magaliff 335 Madison Avenue, 9th Floor New York, NY 10017 | Final distribution representing a payment of 92.74 % per court order. | 2100-000 | | $5,939.12 | $55,415.21 |
| 11/08/17 | 10008 | Howard P. Magaliff 335 Madison Avenue, 9th Floor New York, NY 10017 | Final distribution representing a payment of 92.74 % per court order. | 2200-000 | | $209.22 | $55,205.99 |
| 11/08/17 | 10009 | Ventresca Bros. Construction Co. Inc. <B>(Administrative)</B> 455 Central Park Avenue Scarsdale, Ny 10583 | Final distribution to claim 36 representing a payment of 92.74 % per court order. | 2990-000 | | $27,591.24 | $27,614.75 |
| 11/08/17 | 10010 | Rich Michaelson Magaliff Moser LLP 335 Madison Avenue, 9th Floor New York, NY 10017 | Final distribution representing a payment of 92.74 % per court order. | 3110-000 | | $8,959.54 | $18,655.21 |
| 11/08/17 | 10011 | Rich Michaelson Magaliff Moser LLP 335 Madison Avenue, 9th Floor New York, NY 10017 | Final distribution representing a payment of 92.74 % per court order. | 3120-000 | | $146.31 | $18,508.90 |
| 11/08/17 | 10012 | Andrew W. Plotzker, CPA, LLC 59 East 54th Street, Suite 61 New York, NY 10022 | Final distribution representing a payment of 92.74 % per court order. | 3410-000 | | $9,755.71 | $8,753.19 |
| 11/08/17 | 10013 | Andrew W. Plotzker, CPA, LLC | Final distribution representing a payment of 92.74 % per court order. | 3420-000 | | $195.83 | $8,557.36 |
| 11/08/17 | 10014 | MYC & Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 | Final distribution representing a payment of 92.74 % per court order. | 3991-000 | | $5,796.21 | $2,761.15 |

Page Subtotals:                              $582.20        $58,841.07

15-22565-rdd   Doc 40   Filed 02/01/18   Entered 02/01/18 11:08:31   Main Document
Pg 38 of 39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-22565
Case Name: Headen Enterprises Inc.

Trustee Name: Howard P. Magaliff
Bank Name: Union Bank
Account Number/CD#: XXXXXX4943
Checking

Taxpayer ID No: XX-XXX2154
For Period Ending: 01/31/2018

Blanket Bond (per case limit): $68,010,465.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/17 | 10015 | MYC Associates, Inc. 1110 South Avenue, Suite 61 Staten Island, NY 10314 | Final distribution representing a payment of 92.74 % per court order. | 3992-000 | | $2,761.15 | $0.00 |

COLUMN TOTALS | $63,082.20 | $63,082.20
Less: Bank Transfers/CD's | $0.00 | $0.00
Subtotal | $63,082.20 | $63,082.20
Less: Payments to Debtors | $0.00 | $0.00
Net | $63,082.20 | $63,082.20

UST Form 101-7-TDR (10/1/2010) (Page: 38)

Page Subtotals: | $0.00 | $2,761.15

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4943 - Checking | $63,082.20 | $63,082.20 | $0.00 |
| | $63,082.20 | $63,082.20 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $63,082.20 |
| Total Gross Receipts: | $63,082.20 |

Page Subtotals:                    $0.00        $0.00